IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD A. HARPER,

    Petitioner,               No. 2:13-cv-0711 GGH P

    vs.

FRANK CHAVEZ,                ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has consented to a Magistrate Judge in this action pursuant to 28 U.S.C. § 636(c).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. (Harper v. Tilton, CIV-06-1190 (GHK P). The previous application was filed on June 1, 2006, and was denied on the merits on July 21, 2009. The court's records reflect that since Harper v. Tilton was decided, petitioner has filed another petition in this court challenging the same 2002 conviction. See Harper v. Tilton, case no. 12-cv-1032 CMK P (filed April 19, 2012 and transferred to the Ninth Circuit Court of Appeals as successive on July 6, 2012).

The current petition represents a successive challenge to the same 2002 conviction at issue in each of petitioner's prior petitions. Accordingly, before petitioner can proceed with the instant application he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 29, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:076/Harp0711.success.wpd