IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD A. HARPER,

      Petitioner,                          No. 2:13-cv-0711 GGH P

   vs.

FRANK CHAVEZ,                               <u>ORDER</u>

      Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has consented to a Magistrate Judge in this action pursuant to 28 U.S.C. § 636(c).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. (<u>Harper v. Tilton</u>, CIV-06-1190 (GHK P). The previous application was filed on June 1, 2006, and was denied on the merits on July 21, 2009. The court's records reflect that since <u>Harper v. Tilton</u> was decided, petitioner has filed another petition in this court challenging the same 2002 conviction. See <u>Harper v. Tilton</u>, case no. 12-cv-1032 CMK P (filed April 19, 2012 and transferred to the Ninth Circuit Court of Appeals as successive on July 6, 2012).

1

1  The current petition represents a successive challenge to the same 2002 conviction
2  at issue in each of petitioner's prior petitions.  Accordingly, before petitioner can proceed with
3  the instant application he must move in the United States Court of Appeals for the Ninth Circuit
4  for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).
5  Therefore, petitioner's application must be dismissed without prejudice to its refiling upon
6  obtaining authorization from the United States Court of Appeals for the Ninth Circuit.
7  In accordance with the above, IT IS HEREBY ORDERED that this action is
8  dismissed without prejudice.
9  DATED: May 29, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:076/Harp0711.success.wpd